UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 13-1336 JGB (OPx)** | Date | March 7, 2014 |
| Title | *LaJaune Bryant v. Liberty Life Assurance Co. of Boston, et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **ORDER To Show Cause re: Dismissal for Lack of Prosecution (IN CHAMBERS)**

     Plaintiff is ORDERED to show cause why this case should not be dismissed for lack of prosecution as to Defendant Citizens Financial Group Inc. Employee Welfare Benefit Plan. <u>Link v. Wabash R. Co.</u>, 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).

     Plaintiff filed her Complaint on August 1, 2013. (Compl., Doc. No. 1.) Plaintiff filed proof of service on Defendant Liberty Life Assurance Company of Boston on September 24, 2013. (Doc. No. 6.) No proof of service is on file for Defendant Citizens Financial Group Inc. Employee Welfare Benefit Plan.

     Plaintiff has failed to file proof of service as to Defendant within 120 days of the filing of the Complaint. Plaintiff can satisfy this order by showing that service was effectuated on Citizens Financial Group Inc. Employee Welfare Benefit Plan within the 120 day deadline or by showing good cause for failure to do so. Fed. R. Civ. P. 4(m).

     Plaintiffs must respond to this order by **March 18, 2014.** Failure to respond to this Order will be deemed consent to the dismissal of the action against Defendant Citizens Financial Group Inc. Employee Welfare Benefit Plan.

     **IT IS SO ORDERED.**